```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 05516
  SAM L CLINTON
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
  SSN XXX-XX-8879


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/15/06 and confirmed on 08/04/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  65545.00 .

    4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
----------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG         .00              .00            .00
CITIMORTGAGE               MORTGAGE ARRE    16630.66              .00       16630.66
FIRST STATE BANK & TRUST   SECURED           7058.56           485.57        7058.56
INTERNAL REVENUE SERVICE   PRIORITY          4733.14           295.11        4733.14
INTERNAL REVENUE SERVICE   UNSECURED          407.75            28.56         407.75
ARMOR SYSTEMS CORP         UNSECURED        NOT FILED             .00            .00
CAPITAL ONE BANK           UNSECURED          610.92            42.72         610.92
ECAST SETTLEMENT CORPORA   UNSECURED         5863.79           410.52        5863.79
CHECK N GO                 UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         9503.26           665.28        9503.26
DRYER MEDICAL CLINIC       UNSECURED        NOT FILED             .00            .00
EMERGENCY TREATMENT SC     UNSECURED        NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSECURED         9611.26           672.84        9611.26
MCS                        UNSECURED        NOT FILED             .00            .00
NICOR GAS                  UNSECURED        NOT FILED             .00            .00
PAYDAY LOAN EXPRESS        UNSECURED        NOT FILED             .00            .00
RUSH COPLEY MEDICAL CENT   UNSECURED        NOT FILED             .00            .00
         Summary of disbursements:
----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  23689.22     4733.14     25996.98         .00      54419.34
PRINCIPAL PAID      23689.22     4733.14     25996.98         .00      54419.34
INTEREST PAID         485.57      295.11      1819.92         .00       2600.60
TOTAL PAID          24174.79     5028.25     27816.90         .00      57019.94
The Debtor's attorney, LEDFORD & WU                      , was allowed $    3000.00
and was paid $   1084.67  direct and $   1915.33  through the plan.

The Trustee received $   1778.97 .

Refunds to the Debtor totaled $    4830.76 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/18/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE